City of Chicago, appellee, v. Chernbino Jacobucci, appellant. Gen. No. 25,088.

Prosecution for violation of Chicago Municipal Code, secs. 2844-2847, for offering to sell at overweight. Judgment of guilty. Appeal from the Municipal Court of Chicago; the Hon. Hugh R. Stewart,

Judge, presiding. Heard in this court at the March term, 1919. Affirmed. Opinion filed October 27; 1919.

Cairoli Gigliotti, for appellant. Samuel A. Ettelson and Harry B. Miller, for appellee; Daniel Webster, of counsel.

Mr. Justice Holdom delivered the opinion of the court.